**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Roland BROWN, Petitioner**

No. 256 EAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Khalil TURNER, Petitioner**

No. 185 EAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.